AO 442 (Rev. 01/09) Arrest Warrant

9559426

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Richard Anthony Woodyard<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.     1:19-cr-00237-LO-1

## UNDER SEAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Richard Anthony Woodyard

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date:     9/16/2021

_____
*Issuing officer's signature*

City and state:     Alexandria, VA

K.Galluzzo
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-27-21 , and the person was arrested on *(date)* 12-27-21<br>at *(city and state)* Washington, DC<br><br>Date: 12-27-21<br><br>_____<br>*Arresting officer's signature*<br><br>Derek Hargrove<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

Prob 12A (10/16)
VAE (9/19)

UNDER SEAL

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Richard Anthony Woodyard _____ Docket No. 0422 1:19CR00237-1 _____

### Petition on Supervised Release

COMES NOW Michelle Suleiman, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Richard Anthony Woodyard, who was placed on supervision by the Honorable Liam O'Grady, Senior United States District Judge sitting in the Court at Alexandria, Virginia, on the 6th day of December, 2019, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

-See Page 2-

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a WARRANT to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**ORDER OF COURT**

Considered and ordered this 15 day of Sept, 20 21 and ordered filed and made a part of the records in the above case.

_____
Liam O'Grady
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 09/15/2021

Michelle Suleiman     Date: 2021.09.15 15:52:37 -04'00'

Michelle M. Suleiman
U.S. Probation Officer
(703) 299-2281

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
**Page 2**
**RE: Woodyard, Richard Anthony**

OFFENSE: Conspiracy to Distribute 500 Grams or More of Cocaine, in violation of Title 21, United States Code, Sections 952(a), 960(a), and 963.

SENTENCE: The defendant was sentenced to serve 15 months in the United States Bureau of Prisons, with credit for time served, followed by three years of supervised release with the following special conditions: 1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer; and 2) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

ADJUSTMENT TO SUPERVISION: The defendant's term of supervised release commenced on July 16, 2020, when he was released from the Bureau of Prisons to reside in the District of Maryland.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**STANDARD CONDITION:**          **DEFENDANT SHALL REPORT TO THE PROBATION OFFICER.**

**STANDARD CONDITION:**          **DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE.**

On August 10, 2021, the defendant's supervising officer in Maryland, Senior U.S. Probation Officer Ginger Miller, spoke to the defendant's mother who advised that she had not seen the defendant or had contact with him in several weeks. Per Officer Miller, all attempts to contact the defendant have proven unsuccessful and his current whereabouts are unknown. His last known address was with his mother in Nottingham, Maryland. Officer Miller last saw the defendant in-person at his residence on May 13, 2021.

**SPECIAL CONDITION:**          **DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE UNITED STATES PROBATION OFFICE FOR MENTAL HEALTH TREATMENT.**

As reported by Officer Miller, on August 31, 2020, the defendant was evaluated by Eva Life Giver and diagnosed with Major Depressive Disorder, Post-Traumatic Stress Disorder, and Generalized Anxiety Disorder. He was placed in biweekly individual co-occurring disorders treatment sessions and prescribed antipsychotic medications. The defendant failed to attend treatment sessions on May 4, May 18, and June 1, 2021, and anytime thereafter.

MMS/lmg

Prob 12A (10/16)
VAE (5/17)